IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01856-BNB

JOSEPH JAMES SCHNEIDER,

Applicant,

v.

ELAINE COOPER, L.P.C.,
DAVID NEWCOMB C.A.C. III,
LORI LAMM-SWANSON L.P.C., and
VICKI RODGERS,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 0 2008

GREGORY C. LANGHAM
CLERK

ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 10, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01856-BNB

Joseph James Schneider
Prisoner No. 56949
12111 W Louisiana Ave
Lakewood, CO 80228-1211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/10/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk