IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01856-REB-KMT

JOSEPH JAMES SCHNEIDER,

    Plaintiff,

v.

ELAINE COOPER, L.P.C.,
DAVID NEWCOMB, C.A.C. III,
LORI LAMM-SWANSON L.P.C., and
VICKI RODGERS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the court on Plaintiff's "Motion to Request Service of Process" (Doc. No. 35). Plaintiff seeks service of Defendant David Newcomb, C.A.C. III. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant at his work address, 1651 Kendall Street, Lakewood, CO 80214. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendant.  It is

FURTHER ORDERED that Plaintiff's "Motion to Request Service of Process"

(Doc. No. 35) is GRANTED.

Dated this 17th day of March, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01856-REB-KMT

James Joseph Schneider
2255 Midpoint Drive
Fort Collins, CO 80525

US Marshal Service
Service Clerk
Service forms for: David Newcomb,


     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on David Newcomb: AMENDED COMPLAINT FILED 10/31/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/18/09.

GREGORY C. LANGHAM, CLERK

By:_____
                     Deputy Clerk