IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01856–REB–KMT

JAMES JOSEPH SCHNEIDER,

      Plaintiff,

v.

ELAINE COOPER, L.P.C.,
DAVID NEWCOMB, C.A.C., III,
LORI LAMM-SWANSON, L.P.C., and
VICKI RODGERS,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion Requesting Court Order for Transportation to Court for Scheduling Order Conference" (#50, filed April 8, 2009) and Plaintiff's "Motion Requesting Court to Order Transportation" (#58, filed April 23, 2009) are DENIED. The Scheduling Conference is reset for May 5, 2009 at 9:00 a.m. in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call (303) 335-2780 at the scheduled time.

Dated: April 29, 2009