IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01856–REB–KMT

JAMES JOSEPH SCHNEIDER,

    Plaintiff,

v.

ELAINE COOPER, L.P.C.,
DAVID NEWCOMB C.A.C. III,
LORI LAMM-SWANSON, L.P.C.,
VICKI RODGERS, and
JEFFERSON CENTER FOR MENTAL HEALTH,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -5 2009

GREGORY C. LANGHAM
                CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

On May 18, 2009, this court granted Plaintiff's Motion to Amend Complaint adding Jefferson Center for Mental Health as a defendant. Accordingly, as the plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915, it now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant Jefferson Center for Mental Health. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated this 4th day of June, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01856-REB-KMT

James Joseph Schneider
Prisoner No. 56949
2255 Midpoint Drive
Fort Collins, CO 80525

US Marshal Service
Service Clerk
Service forms for: Jefferson Center for Mental Health

Jennifer L. Disner
Senter Goldfarb & Rice, LLC
**DELIVERED ELECTRONICALLY**

Arthury Joel Kutzer
Senter Goldfarb & Rice, LLC
**DELIVERED ELECTRONICALLY**

   I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Jefferson Center for Mental Health: SECOND AMENDED COMPLAINT FILED 05/18/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/5/09.

GREGORY C. LANGHAM, CLERK

By:_____
         Deputy Clerk