IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01856–REB–KMT

JAMES JOSEPH SCHNEIDER,

    Plaintiff,

v.

ELAINE COOPER, L.P.C.,
DAVID NEWCOMB C.A.C. III,
LORI LAMM-SWANSON, L.P.C.,
VICKI RODGERS, and
JEFFERSON CENTER FOR MENTAL HEALTH,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion for Time Extension" (#75, filed June 23, 2009) is GRANTED. Plaintiff shall submit his Response to Defendants' Motion to Dismiss no later than August 4, 2009. **NO FURTHER EXTENSIONS WILL BE ALLOWED.**

Plaintiff's "Motion for Court to Order Clerk to Copy and Send Plaintiff a Copy of Plaintiff's Second Amended Complaint" (#76, filed June 23, 2009) is GRANTED. The Clerk of Court is directed to mail a copy of the Second Amended Complaint (#69, filed May 18, 2009) to the Plaintiff as soon as is practicable. The court will not order copies of any further documents to be mailed to Plaintiff other than the Orders issued by this court.

Plaintiff's letter docketed as a Motion for an Extension of Time (#77, filed July 6, 2009) is DENIED as moot.

Dated: July 8, 2009