**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-01856-REB-KMT

JAMES JOSEPH SCHNEIDER,

    Plaintiff,

v.

ELAINE COOPER, L.P.C.,
DAVID NEWCOMB, C.A.C., III,
LORI LAMM-SWANSON, L.P.C., and
VICKI RODGERS,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the following: (1) **Defendants' Motion To Dismiss Plaintiff's Second Amended Complaint or for Summary Judgment with Incorporated Brief Authority** [#73][1] filed June 8, 2009; and (2) the **Recommendation of United States Magistrate Judge** [#92] filed December 16, 2009.  The plaintiff filed a response [#82] to the motion to dismiss or for summary judgment, and the defendants filed a reply [#91].  No objections to the recommendation have been filed.  Therefore, I review the recommendation only for plain error.  ***See Morales-Fernandez v.***

---

[1] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

*Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  I have considered carefully the recommendation and the applicable case law.  The recommendation is detailed and well-reasoned.  Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

  **THEREFORE, IT IS ORDERED** as follows:

  1. That the **Recommendation of United States Magistrate Judge** [#92] filed December 16, 2009, is **APPROVED AND ADOPTED** as an order of this court;

  2.  That the **Defendants' Motion To Dismiss Plaintiff's Second Amended Complaint or for Summary Judgment with Incorporated Brief Authority** [#73] filed June 8, 2009, is **GRANTED**;

  3.  That under FED. R. CIV. P. 12(b)(6), the plaintiff's **Second Amended Prisoner Complaint** [#69] filed May 18, 2009, is **DISMISSED WITH PREJUDICE**;

  4.  That **JUDGMENT SHALL ENTER** in favor of the defendants, Elaine Cooper, L.P.C., David Newcomb, C.A.C., III, Lori Lamm-Swanson, L.P.C.., and Vicki Rodgers, and against the plaintiff, Joseph James Schneider;

  5.  That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

---

[2] This standard pertains even though plaintiff is proceeding *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

6. That this case is **DISMISSED**.

Dated February 16, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge